| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): none, none<br>SOREN ANDERSEN<br>Postboks 1146<br>DK-1010 Copenhagen K, CA Denmark | TELEPHONE NO.: (650) 452-6180 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): In Pro Per | Ref. No. or File No. 0056062 | Filed.<br>JUL 3 1 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |
| PLAINTIFF: SOREN ANDERSEN | | |
| DEFENDANT: MAIA YOUNG, et al. | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C0703766PVT |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Civil Cover Sheet, Complaint for Defamation and First Amendment Violations, Order Setting Initial Case Management Conference, ADR Package, Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge

2. Party Served: California State Attorney General

3. Person Served: Alex Wasser, Office of State Attorney General - Person authorized to accept service of process

4. Date & Time of Delivery: July 26, 2007   10:03 am

5. Address, City and State: 1300 I Street
   Sacramento, CA 94244

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 44.00

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 31, 2007 at Oakland, California.

Signature: _____

Tyler Dimaria

10739009.tif - 7/31/2007 11:48:49 AM