*E-Filed 6/12/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY , <br><br>                    Plaintiff, <br>     v. <br><br>HENRY GRUNBAUM d.b.a. BEACON LIGHTING; THE BEACON, INC., d.b.a. BEACON LIGHTING; G.N.D. PROPERTIES, L.L.C.; And DOES 1 THROUGH 10, Inclusive <br>                    Defendants. | Case No.:  C07-3743 RS <br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** <br><br><br>[Fed.R.Civ.P. Rule 41(a)(1,2) |

///

///

///

1    Case Number: C 07- 3743 RS        )

Document Date: June 10, 2009

1  **IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal With Prejudice Of
2  All Defendants on file herein, that all Defendants including but not limited to **HENRY**
3  **GRUNBAUM d.b.a. BEACON LIGHTING; THE BEACON, INC., d.b.a. BEACON**
4  **LIGHTING;** and **G.N.D. PROPERTIES, L.L.C.** are hereby dismissed with prejudice.
5  Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.  Finally, each party
6  shall bear their own respective costs and fees.
7  **IT IS SO ORDERED.**
8  Dated:    6/12/09

                        By:  _____
                             Hon. Richard A. Seeborg
                             United States Magistrate Judge

2    Case Number: C 07- 3743 RS       )

Document Date: June 10, 2009